UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY SEVENSKI,

       Plaintiff,                       Case No. 1:18−cv−01204−JTN−ESC

v.                                   Hon. Janet T. Neff

BROCK ARTFITCH,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above−captioned case was filed in this court on October 26, 2018 .   The case has been assigned to Janet T. Neff .

                                                       CLERK OF COURT

Dated:  October 29, 2018        By:   /s/ C. Wenners_____
                                                        Deputy Clerk