UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY SEVENSKI,

    Plaintiff,

v.

BROCK ARTFITCH,

    Defendant.
_____/

Case No. 1:18-cv-1204

HON. JANET T. NEFF

## **ORDER TO STRIKE**

On December 28, 2018, Defendant filed his Answer to the complaint with affirmative defenses and jury demand (ECF No. 6).  Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under Fed. R. Civ. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response.  For this reason, the Answer is stricken.  Therefore,

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses and jury demand (ECF No. 6) is STRICKEN.  Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated:  December 28, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge