UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LARRY SEVENSKI,

    Plaintiff,

v.                                    CASE NO: 1:18-cv-01204
                                         HON. JANET T. NEFF

BROCK ARTFITCH,
in his individual and official capacity,

    Defendant.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / (248) 698-3321-fax<br>amy.derouin@cjtrainor.com | JOHN G. FEDYNSKY (P65232)<br>Assistant Attorney General<br>Attorney for Defendant<br>PO Box 30736<br>Lansing, MI 48909<br>517-335-3055<br>fedynskyj@michigan.gov |
|---|---|

**PLAINTIFF'S RESPONSE TO DEFENDANT BROCK ARTFITCH'S AFFIRMATIVE DEFENSES AND PROOF OF SERVICE**

1

**NOW COMES** Plaintiff, **LARRY SEVENSKI,** by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and hereby denies each and every one of Defendant's Affirmative Defenses either previously or hereinafter filed, and specifically leaves each Defendant to their proofs of every affirmative defense.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**s/Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
amy.derouin@cjtrainor.com

Dated: January 4, 2019
AJD/sls

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: ***all attorneys of record*** and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None***.

s/Amy J. DeRouin (P70514)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
amy.derouin@cjtrainor.com