UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:18-cv-1204 | 2/11/2019 | 9:56 AM - 10:16 AM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiff: | Defendant: |
|---|---|
| Larry Sevenski | Brock Artfitch |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Amy J. DeRouin | Plaintiff |
| Kevin J. O'Dowd for John G. Fedynsky | Defendant |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; Case Management Order to issue.

Court Reporter: (not recorded)
Case Manager: Rick Wolters