UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-01204-JTN | 8/31/2023 | 1:00 PM – 2:15 PM<br>2:29 PM – 2:35 PM | Sally J. Berens |

**CASE CAPTION**

| |
|---|
| Sevenski v. Artfitch |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Christopher James Trainor | Plaintiff Larry Sevenski |
| John G. Fedynsky<br>Scott Lawrence Damich | Defendant Brock Artfitch |

**PROCEEDINGS**

**NATURE OF HEARING:** Settlement Conference held; case settled; order re dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Norton