UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LARRY SEVENSKI,

    Plaintiff,

v.

BROCK ARTFITCH, in his individual and official capacity,

    Defendant.

No. 1:18-cv-01204

HON. JANET T. NEFF

## ORDER OF DISMISSAL

Pursuant to the parties' agreement to settle, all of Plaintiff's remaining claims are DISMISSED WITH PREJUDICE.

This is a final order that disposes of all claims in this case.

September __, 2023

                                                            JANET T. NEFF
                                                            United States Judge

Stipulated to by:

| | |
|---|---|
| *s/ Amy J. DeRouin (w/ permission)* | *s/ John Fedynsky* |
| Amy J. DeRouin (P70514) | John Fedynsky (P65232) |
| Attorney for Plaintiff | Attorney for Defendant |
| September 27, 2023 | September 27, 2023 |