UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LARRY SEVENSKI,

    Plaintiff,

v.

No. 1:18-cv-01204

HON. JANET T. NEFF

BROCK ARTFITCH, in his individual
and official capacity,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the parties' agreement to settle, all of Plaintiff's remaining claims are DISMISSED WITH PREJUDICE.

This is a final order that disposes of all claims in this case.

October 2, 2023

    /s/ Janet T. Neff
JANET T. NEFF
United States Judge

Stipulated to by:

s/ Amy J. DeRouin (w/ permission)
Amy J. DeRouin (P70514)
Attorney for Plaintiff
September 27, 2023

s/ John Fedynsky
John Fedynsky (P65232)
Attorney for Defendant
September 27, 2023